Mathew K. Higbee, Esq.
SBN 241380
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave., Ste. 200
N Las Vegas, NV 89032
(813) 710-3013
(714) 597-6559 facsimile
Email: mhigbee@higbee.law

*Attorney for Plaintiff,*
LISA CORSON

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CORSON,<br><br>Plaintiff,<br><br>v.<br><br>ANTRANIK HAIRABEDIAN d/b/a THE HAIRABEDIAN GROUP, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:24-cv-8282<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, Lisa Corson, alleges as follows:

## JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq*.

2. This Court has subject matter jurisdiction over Plaintiff's claim for

1
**COMPLAINT**

copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3. This court has personal jurisdiction over Defendant because Defendant's acts of infringement complained of herein occurred in the state of California, Defendant's acts of infringement were directed towards the state of California, Defendant caused injury to Plaintiff within the state of California, and Defendant has a physical presence in the state of California.

4. Venue in this judicial district is proper under 28 U.S.C. § 1391(b) - (d) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

5. Plaintiff Lisa Corson ("Corson") is an individual and professional photographer by trade.

6. Defendant, Antranik Hairabedian d/b/a The Hairabedian Group ("Hairabedian" or "Defendant") is an individual residing in, and conducting business in, the state of California.

7. Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and, on that basis, alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are

ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

8. For the purposes of this Complaint, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of the Defendants named in this caption.

## FACTUAL ALLEGATIONS

9. Lisa Corson is a highly successful and acclaimed freelance photographer that previously worked as the Photograph editor for SPIN, New York Magazine, and the Wall Street Journal.

10. Corson creates and licenses her work for a fee to a variety of editorial and commercial clients. Corson's client list includes AARP, Delta Airlines, Google, Grand Mariner, House and Garden, Sunset Magazine, The National Geographic Channel, The New York Times, and The Washington Post, and Visit California.

11. Corson's livelihood depends on receiving compensation for the photographs she produces, and the copyright protection afforded to Corson's work deters would-be infringers from copying and profiting from her work without permission.

12. Lisa Corson is the sole author and exclusive rights holder to a photograph of a tree-lined sidewalk, with red brick buildings with green awnings on the right side of the image ("City Photograph").

13. Attached hereto as Exhibit A is a true and correct copy of the City

Photograph.

14. Lisa Corson registered the City Photograph with the United States Copyright Office under Registration Number VAu 1-208-781 with an Effective Date of Registration of April 20, 2015.

15. Attached hereto as Exhibit B is a true and correct copy of the Registration Certificate VA 2-125-358.

16. Upon information and belief, Defendant is a real estate agent in the state of California.

17. Upon information and belief, Defendant is operating an unregistered business under the name "The Hairabedian Group."

18. Upon information and belief, Defendant maintains the Instagram account @thehairabediangroup ("Defendant's Instagram Account"). *See generally* https://www.instagram.com/thehairabediangroup/.

19. On information and belief, Defendant's Instagram Account generates content promoting Defendant(s) services, attract clients, and generate profit and revenue for Defendant.

20. On or about July 12, 2024, Lisa Corson discovered the City Photograph copied and published on Defendant's Instagram Account, with the caption "You can get lost in Pasadena. But it takes some doing in a 3.4-square-mile town like this. Pristine tree-lined streets twist and turn through this beautiful little city. Victorian and Art Deco buildings mark Old Pasadena, where history has been preserved . . ."

("Instagram Infringement").

21. Attached hereto as Exhibit C are true and correct screenshots of Defendant's Instagram Account showing the Instagram Infringement.

22. Defendant, including its employees, agents, contractors, or others over whom it has responsibility and control, created an unauthorized copy and published the City Photograph on Defendant's Instagram Account without Lisa Corson' consent or authorization.

23. Soon after discovering the City Infringement, Lisa Corson, through counsel, reached out to Defendant to have the City Photograph removed and to attempt to resolve this matter without court intervention.

24. Despite notification from Plaintiff regarding Defendant's infringing and unauthorized use of the City Photograph, the Instagram Infringement is still posted on Defendant's Instagram Account ("Continued Use").

25. Attached hereto as Exhibit D is a true and correct copy of the Continued Use of the City Photograph by Defendant as of September 24, 2024.

26. Defendant (including their agents, contractors or others over whom they have responsibility and control) willfully used, displayed, published, and otherwise held out to the public the City Photograph in order to acquire a direct financial benefit.

27. Defendant (including their agents, contractors or others over whom they have responsibility and control) ignored Plaintiff's attempts to have the City Photograph removed from the Defendant's Instagram Account and have willfully kept

the City Photograph published and available on Defendant's Instagram Account.

28. Lisa Corson has never at any point granted Defendant a license or other permission to copy, display, distribute, or otherwise use the City Photograph on Defendant's Instagram Account or elsewhere.

## CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
## 17 U.S.C. § 101 *et seq*

29. Plaintiff incorporates by reference all the above paragraphs of this Complaint as though fully stated herein.

30. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original City Photograph.

31. Plaintiff alleges that Defendant willfully infringed upon Plaintiff's copyrighted City Photograph in violation of Title 17 of the U.S. Code, in that they used, published, communicated, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique City Photograph of the Plaintiff without Plaintiff's consent or authority, by using it on Defendant's Instagram Account.

32. As a result of Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages pursuant to 17 U.S.C. § 504(c).

33. As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendant.

34. Plaintiff is also entitled to injunctive relief to prevent or restrain

infringement of his copyright pursuant to 17 U.S.C. § 502.

35.  Defendant(s)—including its employees, agents, contractors, or others over whom it has responsibility and control—copied and published the City Photograph without Lisa Corson' consent or authorization.

36.  Defendant (including its employees, agents, contractors, or others over whom it has responsibility and control) willfully published the City Photograph because Defendant knew it did not have permission to use the City Photograph and failed to remove the City Photograph from the Defendant's Instagram Account despite notification from the Plaintiff.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

- For a finding that Defendant infringed Plaintiff's copyright interest in the City Photograph by copying and displaying it without a license or consent;

- For an award of actual damages and disgorgement of all of profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendant pursuant to 17 U.S.C. § 504(c), whichever is larger;

- For an injunction preventing Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502;

- For costs of litigation and reasonable attorney's fees against Defendant pursuant to 17 U.S.C. § 505;
- For pre judgment interest as permitted by law; and
- For any other relief the Court deems just and proper.

Dated: September 25, 2024         Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Bar No. 241380
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave., Ste. 200
N Las Vegas, NV 89032
(813) 710-3013
(714) 597-6559 facsimile
*Counsel for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff Lisa Corson hereby demands a trial by jury in the above matter.

Dated: September 25, 2024      Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Bar No. 241380
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave., Ste. 200
N Las Vegas, NV 89032
(813) 710-3013
(714) 597-6559 facsimile
*Counsel for Plaintiff*